MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

August 19, 2026

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Aristides Cabrera**
**26 Cr. 109 (JPO)**

Dear Judge Oetken,

A status conference in this matter has been scheduled for August 25, 2026, at noon. Discovery in this case is voluminous and production is ongoing. The defense therefore seeks additional time to review the discovery, meet with Mr. Cabrera, and continue discussions with the Government. Accordingly, I respectfully request that the August 25th status conference be adjourned for 60 days.

For the reasons stated above, I respectfully request that time be excluded under the Speedy Trial Act through the date set by the Court for the next status conference. The Government has no objection to this request.

Thank you for the Court's consideration.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

Granted. The August 25, 2026, pretrial conference is adjourned to November 10, 2026, at 12:30 pm. The Court hereby excludes time through November 10, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:
8/20/2026

J. PAUL OETKEN
United States District Judge